UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 22-CR-10123-WGY |
| | ) |
| JIALI WANG, | ) |
| Defendant. | ) |

## NOTICE TO THE COURT REGARDING FORFEITURE

The United States gives notice that with regard to (1) the Assented-To Motion for Final Order of Forfeiture for all assets held in or on behalf of Citizens Bank Account ending in x1705; Citizens Bank Account ending in x1801; TD Bank Account ending in x8399; Schwab Brokerage Account ending in x6791; Schwab Brokerage Account ending in x5189; Scottrade Brokerage Account ending in x4186 (all in the name of the Defendant); and 3,462.00 in U.S. currency seized from the Defendant (Docket No. 140); and (2) the Assented-To Motion for Final Order of Forfeiture for $1,781,730.89 held in or on behalf of Citizens Bank Business money market account ending in 2206, in the name of Wannian Investment Inc., and/or held in or on behalf of Citizens Bank Business money market account ending in 4624, in the name of Wannian Investment Inc. (Docket No. 143), the United States inadvertently filed its forfeiture motions on March 31, 2023, five days before the claims period expired and, as a result, the Court entered Final Orders of Forfeiture of these assets on April 3, 2023 (Docket Nos. 145, 146), two days before the claims period expired on April 5, 2023.

To make clear for the record, no claims have been filed or received concerning these assets during the claims period or since the claims period expired, and the Defendant's forfeiture money judgment of $7,750,000 is satisfied in full.

                                      Respectfully submitted,

                                      JOSHUA S. LEVY
                                      Acting United States Attorney

By:    /s/ *Carol E. Head*
        CAROL E. HEAD
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
Dated: July 27, 2023    carol.head@usdoj.gov